**Nathaniel J. RICHARDSON, Appellant,**

v.

**William K. SUTER, Clerk of Court, Sued in his Individual Capacity, et al., Appellees.**

**No. 10–5129.**

United States Court of Appeals, District of Columbia Circuit.

Aug. 24, 2010.

Nathaniel J. Richardson, Marion, OH, pro se.

Warden (Marion), Marion, OH, for Appellant.

R. Craig Lawrence, U.S. Attorney's Office, Civil Division, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, and GARLAND and KAVANAUGH, Circuit Judges.

## *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed April 12, 2010, be affirmed in light of the immunity and other considerations cited by the district court, *see, e.g., Sindram v. Suda,* 986 F.2d 1459 (D.C.Cir.1993); *In re Marin,* 956 F.2d 339 (D.C.Cir.1992) (per curiam), and because appellant's claim of a racially-motivated conspiracy is frivolous.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.